1  Larry W. Lee, Esq.
   Kristen M. Agnew
2  Nicholas Rosenthal
   DIVERSITY LAW GROUP, P.C.
3  515 S. Figueroa St., Suite 1250
   Los Angeles, California 90071
4  Telephone: (213) 488 6555
   Facsimile:  (213) 488 6554
5  E-mails: lwlee@diversitylaw.com

6  William L. Marder, Esq.
   POLARIS LAW GROUP, P.C.
7  501 San Benito St., Suite 200
   Hollister, California 95023
8  Telephone: (831) 531 4214
   Facsimile:  (831) 634 0333
9  E-mails: bill@polarislawgroup.com

10 Attorneys for Plaintiff
   MARINA SALVAN

11 Mia Farber (State Bar No. 131467)
12 Adam Y. Siegel (State Bar No. 238568)
   JACKSON LEWIS P.C.
13 725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
14 Telephone:  (213) 689-0404
   Facsimile:   (213) 689-0430
15 E-mails: farberm@jacksonlewis.com
            sigela@jacksonlewis.com

17 Attorneys for Defendant
   TOYS 'R' US - DELAWARE, INC.

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA SALVAN, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>TOYS 'R' US-DELAWARE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.　3:16-cv-04138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed:　06/17/2016<br>Removal filed:　　07/22/2016<br>**Trial Date:　　　None Set** |

/ / /

1

Joint Stipulation and [Proposed] Order Regarding Hearing Date For Defendant's Motion for Summary Judgment
Case No. 3:16-cv-04138

# JOINT STIPULATION REGARDING HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

This Joint Stipulation is made and entered into by and between plaintiff Marina Salvan ("Plaintiff") and defendant Toys 'R' Us-Delaware, Inc. ("Defendant") (collectively "the Parties") by and through their respective attorneys' of record.

## RECITALS

1. On March 17, 2017, Plaintiff filed a Motion For Class Certification with a hearing date of June 22, 2017. ECF No. 34.

2. On May 11, 2017, Defendant filed a Motion for Summary Judgment and Partial Summary Judgment with a hearing date of June 15, 2017. ECF No. 43.

3. On May 16, 2017, the Court Clerk issued notice continuing the hearing date of Defendant's Motion for Summary Judgment to August 10, 2017. ECF No. 44.

4. The Parties believe that hearing Plaintiff's Motion for Class Certification at the same time as Defendant's Motion for Summary Judgment is more efficient and will conserve judicial resources.

## TERMS OF AGREEMENT

Based on the above recitals, the Parties agree, subject to the Court's approval, as follows:

5. The hearing on Defendant's Motion for Summary Judgment be set concurrently with the hearing on Plaintiff's Motion for Class Certification on June 22, 2017 at 2:00 p.m.

6. The briefing schedule for Defendant's Motion for Summary Judgment be modified as follows:

June 1, 2017 – Last day for Plaintiff to file an opposition brief

June 12, 2017 – Last day for Defendant to file a reply brief.

**DIVERSITY LAW GROUP, P.C.**

Dated: ___May 17, 2017_____     */s/ Larry W. Lee*_____
                                                         LARRY W. LEE
                                                         KRISTEN M. AGNEW
                                                        Attorneys for Plaintiff

2

Joint Stipulation and [Proposed] Order Regarding Hearing Date For Defendant's Motion for Summary Judgment
Case No. 3:16-cv-04138

**JACKSON LEWIS P.C.**

Dated: ___May 17, 2017_____     */s/ Sander van der Heide*
                                               MIA FARBER
                                               ADAM Y. SIEGEL
                                               SANDER VAN DER HEIDE
                                               Attorneys for Defendant
                                               Toys 'R' Us-Delaware, Inc.

**ATTESTATION**

I, Sander van der Heide, attest that concurrence in the filing of this document was obtained from Plaintiff's counsel.

**[PROPOSED] ORDER**

Based on the stipulation of the Parties:

**IT IS HEREBY ORDERED** that

1. The hearing on Defendant's Motion for Summary Judgment is set concurrently with the hearing on Plaintiff's Motion for Class Certification on ~~June 22, 2017~~ July 27, 2017 at 2:00 p.m.

2. The briefing schedule for Defendant's Motion for Summary Judgment is modified as follows:

    June 1, 2017 – Last day for Plaintiff to file an opposition brief.

    June 12, 2017 – Last day for Defendant to file a reply brief.

**IT IS SO ORDERED.**

Dated: _May 18_____, 2017     _____
                                              Honorable Jon S. Tigar
                                              United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Jon S. Tigar / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

3

Joint Stipulation and [Proposed] Order Regarding Hearing Date For Defendant's Motion for Summary Judgment
Case No. 3:16-cv-04138